# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Ricky Madewell
*Plaintiff*
v.
Commissioner of Social Security
*Defendant*

Civil Action No. 3:13 cv 318

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #17) DEFENDANT'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. # 18) OVERRULED. (DOC. #19) OVERRULED.  JUDGMENT TO BE ENTERED IN FAVOR OF PLAINTIFF.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 3/27/2015

CLERK OF COURT

Elisa A. D_____
Signature of Clerk or Deputy Clerk